1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 carey_gorden@fd.org

5 Attorneys for Mr. Ramirez-Chincoya

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>           Plaintiff,  )<br>           )<br>v.          )<br>           )<br>**ROBERT RAMIREZ-CHINCOYA**,  )<br>           )<br>           Defendant.  )<br>_____) | Case No. 08mj1186<br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

   **ASSISTANT UNITED STATES ATTORNEY**
   efile.dkt.gc1@usdoj.gov,

Dated: April 22, 2008                          s/ *Carey D. Gorden*
                                               **CAREY D. GORDEN**
                                               Federal Defenders of San Diego, Inc.
                                               225 Broadway, Suite 900
                                               San Diego, CA 92101-5030
                                               (619) 234-8467 (tel)
                                               (619) 687-2666 (fax)
                                               e-mail: carey_gorden@fd.org